IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1028 T

(Judge Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiff

v.

UNITED STATES,

Defendant

MOTION FOR LEAVE TO FILE OUT OF TIME

Defendant, the United States, moves this Court for leave to file the attached motion for enlargement of time eight days out of time. Defendant's counsel had prepared the motion for enlargement on November 21, 2005, but due to the press of other business leading up to the Thanksgiving holiday, overlooked filing the motion by the November 22, 2005, due date. The defendant apologizes for this oversight and hopes that it did not inconvenience the Court.

WHEREFORE, the defendant requests that the Court allow the defendant lave to file the attached motion for enlargement eight days out of time.

Respectfully submitted,

s/Benjamin c. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section

s/David Gustafson

Of Counsel

November 29, 2005