IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1028 T

(Judge Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiff

v.

UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant, the United States, moves this Court for an enlargement of 60 days, from November 22, 2005, to and including January 23, 2006, of the deadline for the defendant to file its answer or otherwise respond to the complaint in the above-captioned case.[1] No prior enlargement of this deadline has been requested. Counsel for the defendant has been advised by counsel for the plaintiff that the plaintiff does not object to this motion.

As good cause therefor, defendant's counsel has not yet received the Internal Revenue Service's administrative files

[1] The 60th day after November 22, 2005, is Saturday, January 21, 2006. Monday, January 23, 2006, is the next business day after that date.

related to the issues set forth in the above-captioned case. The defendant requires those files to prepare its response to the complaint in the above-captioned case and determine whether any dispositive motions are appropriate. Further, defendant's current counsel is in the process of having this case assigned to another attorney for handling due to the size of defendant counsel's current docket. This enlargement will allow defendant's new counsel time to be come familiar with the details of this case.

WHEREFORE, the defendant requests that the deadline for the defendant to file its answer or otherwise respond to the complaint in the above-captioned case be enlarged to January 23, 2006.

Respectfully submitted,

s/Benjamin c. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division

Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section

s/David Gustafson
___________________________
Of Counsel

November 29, 2005