# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * *

**ESTATE OF RANKIN M. SMITH, SR, et al.,**
**Plaintiffs,**

**v.**

**UNITED STATES,**
**Defendant.**

* * * * * * * * * * * * * * * *

**No. 05-1028T**
**Filed: November 30, 2005**

## O R D E R

The court is in receipt of the defendant's motion for leave to file out of time and defendant's unopposed motion for enlargement of time within which to respond to the plaintiff's complaint. The court **GRANTS** the defendant's motions and **ORDERS** the defendant to file its response to the plaintiff's complaint on or before **Monday, January 23, 2006**. A status conference will be scheduled after the plaintiff files its response. Neither party shall file a motion for summary judgment before the status conference is held. A motion to dismiss may be filed instead of an answer.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**