IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ESTATE OF RANKIN M. SMITH, SR., SUNTRUST BANK, TAYLOR W. SMITH, and RANKIN M. SMITH, JR., Co-Executors, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 05-773 T (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jennifer Dover Spriggs attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jennifer Dover Spriggs, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: December 6, 2005

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Justice Department (Tax)
Court of Federal Claims Section
202-307-0840

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appearance has, this 6th day of December 2005,been made on plaintiff by electronic filing and by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Judith A. Mather, Esquire
DOW, LOHNES & ALBERTSON, PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, D.C. 20036

s/Jennifer Dover Spriggs
Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440
(202) 514-9440 (facsimile)