IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1028 T

(Judge Marion Blank Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of sixty days from January 23, 2006, to and including March 24, 2006, within which to file its answer or other response in the above-captioned case. This is the second enlargement of time requested for this purpose. [1]

In support of this motion, defendant states that its trial attorney has not yet received from the Internal Revenue Service ("IRS") the administrative files and the defense recommendation which are necessary to prepare a meaningful response to the complaint. Defendant's trial

[1] Defendant's first request for an enlargement of time is pending before the Court; that request seeks a 60-day enlargement of time.

attorney has spoken with the IRS attorney assigned to this matter and the IRS, despite diligent efforts, has been unable to locate the complete administrative file relevant to this action. The IRS is continuing and has broadened its search for the administrative file. Defendant's trial attorney expects to receive the administrative file, the defense recommendation, and to respond to the complaint within the time requested.

Plaintiff's counsel has authorized us to state that plaintiff does not object to the allowance of a 30-day enlargement of time. Plaintiff, however, objects to the allowance of a 60-day enlargement of time.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief
Of Counsel

January 20, 2006