# In The United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * | |
| **ESTATE OF RANKIN M. SMITH, SR., et al.,** | |
| **Plaintiffs,** | **No. 05-1028T** |
| **v.** | **Filed: January 24, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's January 20, 2006 motion for an enlargement of time of sixty days to and including March 24, 2006, within which to file its answer or other response in the above-captioned case. The court **PARTIALLY GRANTS** the defendant's motion, and **ORDERS** the defendant to file its answer or other response to the plaintiff's complaint on or before **Friday, February 24, 2006**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**