IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1028 T

(Judge Marion Blank Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of seven days from February 24, 2006, to and including March 3, 2006, within which to file its answer or other response in the above-captioned case. This is the third enlargement of time requested for this purpose. The first two requests having been granted for a total of ninety days.

In support of this motion, defendant states that its trial attorney has received from the Internal Revenue Service ("IRS") a partial administrative file and the defense recommendation. However, those materials were delivered to defendant's trial attorney near the close of business on February 17, 2006. Defendant requests this enlargement in order to allow its trial attorney

additional time to review the documents that have been provided and to respond to the complaint in this action.

Plaintiff's counsel has authorized us to state that plaintiff does not object to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/StevenI. Frahm
Of Counsel

February 23, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing Motion for Enlargement of Time has, this 23rd day of February 2006,been made on plaintiff by electronic filing and by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Judith A. Mather, Esquire
DOW, LOHNES & ALBERTSON, PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, D.C. 20036

s/Jennifer Dover Spriggs
Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440
(202) 514-9440 (facsimile)