# In The United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * | |
| **ESTATE OF RANKIN M. SMITH, SR., et al.,** * | |
| **Plaintiffs,** * | |
| * | **No. 05-1028T** |
| **v.** * | **Filed: March 13, 2006** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's answer filed on March 3, 2006. To discuss further proceedings in this case, the court orders the parties to appear at a status conference on **Thursday, March 16, 2006 at 10:30 a.m. EST**. Parties for both counsel shall appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 776-2714, and defendant's counsel at (202) 307-0840. Summary judgment motions shall not be filed before the court confers with the parties at the March 16, 2006 status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**