# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * *

**ESTATE OF RANKIN M. SMITH, SR., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * *

**No. 05-1028T**
**Filed: March 16, 2006**

## O R D E R

A status conference was held in this case on March 16, 2006. At the conference the parties indicated that an intensified effort by the defendant and defendant's counsel to locate missing records should be undertaken, and that further discussions between counsel also were necessary, before a determination of future proceedings could be made. The court, therefore, **ORDERS** the parties to file a joint status report on or before **Thursday, April 27, 2006**. The joint status report shall address the parties' resolutions of the issues raised during the status conference. To discuss future proceedings in this case, the court orders the parties to appear at a status conference on **Tuesday, May 2, 2006 at 10:30 a.m. EDT**. Counsel for both parties shall appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 776-2714, and defendant's counsel at (202) 307-0840.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**