# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * *
**ESTATE OF RANKIN M. SMITH, SR., et al.,**
**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * *

**No. 05-1028T**
**Filed: May 1, 2006**

## O R D E R

The court is in receipt of the parties' April 27, 2006 joint status report. In the report, the parties request additional time to resolve preliminary issues in this case. The court **GRANTS** the parties' request and **RESCHEDULES** the conference currently scheduled for May 2, 2006 to **Wednesday, May 24, 2006 at 11:00 a.m. EDT**. Counsel for both parties shall appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 776-2714, and defendant's counsel at (202) 307-0840.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**