# In The United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * | |
| **ESTATE OF RANKIN M. SMITH, SR., et al.,** * | |
| **Plaintiffs,** * | **No. 05-1028T** |
| **v.** * | **Filed: May 23, 2006** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * * | |

**O R D E R**

Counsel for both parties contacted chambers and requested to reschedule the conference currently scheduled for May 24, 2006 due to illness of plaintiff's counsel. Plaintiff's counsel further requested that the conference be held in person with the undersigned judge. The court **GRANTS** the parties' requests and reschedules the conference to **Thursday, June 8, 2006 at 10:30 a.m. EDT** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C., 20005. Counsel of record for both parties shall appear in person. The courtroom number will be posted on the day of the hearing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**