# In The United States Court of Federal Claims

| | | |
|---|---|---|
| **ESTATE OF RANKIN M. SMITH, SR., et al.,** | | |
| **Plaintiffs,** | | **No. 05-1028T** |
| **v.** | | **Filed: June 9, 2006** |
| **UNITED STATES,** | | |
| **Defendant.** | | |

**O R D E R**

The court held a status conference in the above-captioned case on June 8, 2006, with the parties appearing in person. As discussed at the conference, on or before **Friday, June 23, 2006**, the parties shall exchange documents on the jurisdictional issue. Then, on or before **Friday, June 30, 2006**, the parties, including Internal Revenue Service personnel, shall consult, in person, on the jurisdictional issues. On or before **Wednesday, July 5, 2006, 12:00 p.m. EDT**, the parties shall file a joint status report, addressing the jurisdictional issue. If the parties remain in disagreement on the issue, the joint status report shall reflect the numerical differences between the parties and basis for their disagreement. To discuss the jurisdictional issue, the court **SCHEDULES** a hearing for **Thursday, July 6, 2006, at 10:30 a.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The parties shall appear in person. The courtroom number will be posted on the day of the hearing. Also, as discussed at the June 8, 2006 conference, on or before **Friday, July 14, 2006**, the parties shall engage in discovery of the documents found by the defendant, which previously had been misplaced.

In the event the parties remain in disagreement on the jurisdictional issue after the above events have transpired, the court establishes the following briefing **SCHEDULE** on the issue. On or before **Wednesday, July 19, 2006**, defendant shall file its opening brief on the jurisdictional issue. On or before **Wednesday, August 2, 2006**, plaintiff shall file its response brief. On or before **Wednesday, August 9, 2006**, defendant may file a reply brief, if deemed necessary. If a reply brief is unnecessary, defendant shall file a notice so indicating, on or before **Wednesday, August 9, 2006**. Statutes or regulations cited in briefs shall include the dates of the appropriate version. Acronyms used in briefs will be explained. Statutes, regulations and documents relied on by the parties in their briefs shall be included in an appendix to the briefs. The parties shall make every attempt to simplify and explain their arguments and the tax concepts employed.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**