IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1028 T

(Judge Marian Blank Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR LEAVE TO FILE A
SEPARATE STATUS REPORT

Pursuant to the Court's order of June 9, 2006, the parties are to file a joint status report in the above-captioned matter on or before noon on July 5, 2006.

In support of this motion, defendant states that on June 27, 2006, the parties, including a representative from the Internal Revenue Service, met to discuss the jurisdictional issue in this action. At the June 27th meeting, counsel also discussed the preparation of the joint status report required by the Court's order of June 9, 2006. Defendant's counsel advised that because she will be out of the office for previously-scheduled travel through July 5, 2006, defendant would need to have the joint status report prepared and ready to file on or before June 30, 2006. In

subsequent exchanges of e-mail correspondence, plaintiff's counsel stated that she would not be able to complete a draft setting forth plaintiff's position for incorporation in a joint report to be filed on June 30.

In an effort to assist plaintiff's counsel, by letter dated June 30, 2006, defendant fax'ed to plaintiff's counsel a draft joint status report prepared for both parties, setting out plaintiff's position as defendant's counsel understands it. Although plaintiff's counsel advised by e-mail on June 30 that she disagreed with the draft report, she offered no revisions or suggested changes. Defendant's counsel then suggested that the parties request a one-week extension of time to file the report, and to hold the conference with the Court. Plaintiff's counsel declined to seek an extension.

Given the short time frame and the other circumstances involved, counsel for the parties are unable to agree on the contents of a joint status report.

WHEREFORE, defendant requests that it be allowed to file the accompanying separate status report.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

June 30, 2006