**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No.05-1028 T**

**(Judge Marian Blank Horn)**

**ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,**

**Plaintiffs**

**v.**

**THE UNITED STATES,**

**Defendant**

# DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of July 27, 2006, the United States reports as follows on the status of efforts to identify an IRS procedure to consider the Estate's claims for additional credits for state death taxes and deductions for interest:

Defendant does not subscribe to the rather pessimistic assessment by the IRS' Mr. Ron Kalas of the Estate's ability to have the IRS consider its claims. Therefore as promised to plaintiff's counsel at the conclusion of the July 13, 2006 meeting, and as since directed by the Court, defendant has been making additional efforts to identify a procedure under which plaintiff might present its claims to the IRS for consideration. Mr. David Gustafson and Mr. Steven Frahm, respectively Chief and Assistant Chief of the Court of Federal Claims Section, contacted Ms. Judith Wall at the IRS National Office. Ms. Wall is Special Counsel to the National

Taxpayer Advocate for the Internal Revenue Service. On July 27, 2006, they and Ms. Spriggs, defendant's counsel of record, held a telephone conference to discuss this case and enlist Ms. Wall's help. Ms. Wall promised to investigate within the Internal Revenue Service how best to identify and implement a procedure under which plaintiff could present its claims. In addition to Ms. Wall, IRS counsel in Atlanta, and at the National Office are assisting with this matter. As a result, various discussions have taken place over the last few days, and it appears that since IRS Appeals ruled on plaintiff's earlier claim for refund, an Appeals office can consider the Estate's claims for additional credits for state death taxes and deductions for interest. In addition, the IRS is attempting to identify a specific Appellate Officer to consider plaintiff's claims. We are hopeful that such an person will be identified soon.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

August 1, 2006