**APPENDIX**

**TABLE OF CONTENTS**


| Page # | Exhibit | Description |
|---|---|---|
| **A 001** | **A** | August 1, 2006 Declaration of Laura H. Peebles with attachments |
| **B 001** | **B** | May 1, 2006 Estate of Rankin Smith Draft of Tax Evaluation with IRS adjustments |
| **C 001** | **C** | May 1, 2006 Estate of Rankin Smith Draft of Revised Tax Liability |
| **D 001** | **D** | July 26, 2006 Declaration of Larry Childers with attachments |
| **E 001** | **E** | January 25, 2002 Letter from Internal Revenue Service to Estate of Rankin M. Smith Executor, Taylor W. Smith |
| **F 001** | **F** | July 28, 2006 Declaration of David M. Langford with attachments |
| **G 001** | **G** | May 1, 2006 Estate of Rankin Smith Draft of Tax Evaluation with IRS adjustments and interest deduction |
| **H 001** | **H** | May 2, 2006 Estate of Rankin Smith Draft of Tax Evaluation with IRS Adjustments and only interest accrued and paid |
| **I 001** | **I** | June 28, 2006 Letter from Judith Mather to Jennifer Dover Spriggs, Re: Estate of Rankin M. Smith v. United States of America (No. 05-1028-T Cl. Ct.) |
| **J 001** | **J** | June 29, 2006 Email from Jennifer D. Spriggs to Judith Mather Re: Smith and 90-day period referenced in the Notice of Deficiency |