IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ESTATE OF RANKIN M. SMITH, SR., SUNTRUST BANK, TAYLOR W. SMITH, and RANKIN M. SMITH, JR., Co-Executors, | ) | Case No. 05-1028 T |
| Plaintiff, | ) | Judge Marian Blank Horn |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF LAURA H. PEEBLES**

I, Laura H. Peebles, declare:

1. I am currently a Tax Director at the national office of Deloitte Tax LLP ("Deloitte"), where I specialize in Estate, Gift and Trust taxation. I have 28 years experience in public accounting; I have been a certified public accountant since January 27, 1989; and I have earned the designation of personal financial specialist from the American Institute of Certified Public Accountants. I am the author of the BNA Portfolio #844-2nd, *Estate Tax Credits and Computations*. I have prepared computations of estate tax liabilities for at least 26 years.

2. In February of 2002, the Estate of Rankin M. Smith, Sr. (the "Estate") enlisted Deloitte to determine the amount that would fully pay its federal estate tax obligation, including the additional tax resulting from the Internal Revenue Service's ("IRS") increase in the taxable estate as set forth in the Statutory Notice of Deficiency issued on January 25, 2002. Deloitte determined that a total payment of $19,290,867 to the IRS would fully pay the Estate's tax liability, taking into account the additional state death tax credit resulting from the IRS's increase



EXHIBIT A

in the taxable estate from $23,516,235 to $48,324,235, as well as the Estate's deduction for interest payments made pursuant to its election under Section 6166 of the Internal Revenue Code then in effect and the interest due to the State of Georgia.

3. Attached are true and accurate copies of the following two spreadsheets that I prepared on April 19, 2006, for the Estate: (1) "Calculation of Amount Necessary to Satisfy Federal Estate Tax Liability", showing that the tax liability assessed against the Estate by the IRS was fully paid when the payment of $19,290,867 was posted on March 1, 2002, with a resulting overpayment of $505,529; and (2) "Reconciliation of Tax Calculation to Federal Transcript." Both spreadsheets were prepared using the IRS's Certificate of Assessments and Payments (Form 4340), certified by the IRS on October 13, 2005.

Pursuant to section 1746 of Title 28 of the United States Code, I, Laura H. Peebles, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington, D.C. on August 1, 2006.

Laura H. Peebles, CPA/PFS
Director
Deloitte Tax LLP
555 12th St., N.W., Suite 500
Washington, D.C. 20004
Telephone No. (202) 879-5600

**Prepared by: Deloitte Tax LLP**
**04/19/06**

**See Attached Letter**

# Estate of Rankin M. Smith, Sr.
## Calculation of Amount Necessary to Satisfy Federal Estate Tax Liability

| | | | | |
|---|---|---|---|---|
| Taxable Estate as Filed (line 3 of IRS Form 706) | | | $22,688,376 | |
| Post 1976 Adjusted Taxable Gifts as Filed (line 4 of IRS Form 706) | | | $827,859 | |
| Adjustments (per Notice of Deficiency) | | | $24,808,000 | |
| Taxable Estate/Adjusted Taxable Gifts as Revised (per Notice of Deficiency) | | | $48,324,235 | |
| Total Federal Estate Tax as filed (line 14 of IRS Form 706) | | 12,847,706 | | |
| Plus: Additional Assessment (per Notice of Deficiency) | | 13,644,400 | | |
| Total Estate Tax Due (per line 7 of Notice of Deficiency) | | 26,492,106 | | |
| Less deductible 6166 interest payments: | Posted on IRS Transcript as paid by Estate on 8/2/99 | | ($325,443) | |
| | Posted on IRS Transcript as paid by Estate on 8/1/00 | | ($723,260) | |
| | Posted on IRS Transcript as paid by Estate on 7/26/01 | | ($840,361) | |
| Taxable Estate as reduced by deductible Section 6166 interest payments | | | $46,435,171 | |
| Total Estate Tax Due (giving effect to deductible Section 6166 Payments) | | | $25,453,121 | |
| | | | | Calculated Maximum State Death Tax Credit |
| Less: State Death Tax Credit (per corrected GA certification dated 4/23/02) | | | ($5,964,186) | 6,763,970 |
| Less: Posted on IRS Transcript as paid by Estate on 7/26/98 | | | ($703,597) | |
| Less: Posted on IRS Transcript as paid by Estate on 3/1/02 | | | ($19,290,867) | |
| Federal Tax Balance: | | | ($505,529) | |

**Prepared by: Deloitte Tax LLP**
**04/19/06**

**See Attached Letter**

# Estate of Rankin M. Smith, Sr.

## Reconciliation of Tax

## Calculation to Federal Transcript

| | | | | |
|---|---|---|---|---|
| Total Underpayment per IRS Transcript | | | | $4,276,649 |
| Interest Underpayment per Transcript: | Assessed | Paid | Difference | |
| 1999 | $723,205 | $325,443 | $397,762 | |
| 2000 | $813,238 | $723,206 | $90,032 | |
| 2001 | $840,362 | $840,362 | $0 | |
| 2002 | $388,153 | $0 | $388,153 | |
| Total Interest Adjustment | | | | ($875,947) |
| Tax Underpayment per Transcript: | Assessed | Paid | Difference | |
| 1998 | $0 | $703,597 | ($703,597) | |
| 1999 | $9,750,766 | $0 | $9,750,766 | |
| 2002 | $13,644,400 | $19,290,867 | ($5,646,467) | |
| | | | | $3,400,702 |

| | | | |
|---|---|---|---|
| Reduction in Tax Due as a Result of Deductible 6166 Interest Payments | Paid | Resulting Tax Reduction | |
| Posted on IRS Transcript as paid by Estate on 8/2/99 | ($325,443) | ($178,994) | |
| Posted on IRS Transcript as paid by Estate on 8/1/00 | ($723,260) | ($397,793) | |
| Posted on IRS Transcript as paid by Estate on 7/26/01 | ($840,361) | ($462,199) | |
| Total 6166 Adjustment | | | ($1,038,985) |
| Reduction for State Death Tax Credit | | | |
| State Death Tax Credit (credited prior to Notice of Deficiency) | | $3,096,940 | |
| Total Georgia State Death Tax Credit (per corrected certification dated 4/23/02) | | $5,964,186 | |
| State Death Tax Credit Adjustment | | | ($2,867,246) |
| Federal Tax Balance Per Deloitte Calculations | | | ($505,529) |