FOR INTERNAL USE ONLY

Estate of: Rankin M. SMITH, SR., DD: 10 26 1997
File Name: A:\Rankin smith2.ET3
Memorandum: with IRS adjustments
Inter-Est Version 3.00, Release 113c, (Standard Output) (#1129)
Date and time of run: Monday, May 01, 2006, 02:03 PM

## LIMIT TO SDTC ELECTED

| | | |
|---|---|---|
| Fixed Dollar Limit to SDTC | 5,964,185.79 | |
| Total Limit to State Death Tax Deduction | | 5,964,185.79 |
| Maximum Computed State Death Tax Credit | 7,066,220.17 | |

## MARITAL DEDUCTION SECTION

| | | | |
|---|---|---|---|
| Specific Bequests to Spouse | | 3,584,124.80 | |
| Percentage of Residue to Spouse | 0.0000000 % | | |
| Spousal Bequest from Residue | | 0.00 | |
| Total Bequests to Spouse | | | 3,584,124.80 |

## MAIN PRINTOUT SECTION

| | | |
|---|---|---|
| Gross Estate | | 59,466,175.17 |
| Debts & Expenses | 8,385,674.29 | |
| Marital Deduction | 3,584,124.80 | |
| Charitable Deduction | 0.00 | |
| Total Deductions | | 11,969,799.09 |
| Taxable Estate | | 47,496,376.08 |
| Adjusted Taxable Gifts | | 827,859.00 |
| Total Amount Drawing Tax | | 48,324,235.08 |
| Tentative Tax | | 26,771,129.29 |
| Aggregate Gift Tax Payable | | 86,223.69 |
| Tax before Unified Credit | | 26,684,905.60 |
| Unified Credit from Table | 192,800.00 | |
| Adjustment to Unified Credit | 0.00 | |
| Net Unified Credit | | 192,800.00 |
| Tax before SDTC | | 26,492,105.60 |
| State Death Tax Credit | | 5,964,185.79 |
| Net Tax after State Death Tax Credit | | 20,527,919.81 |
| Gift Tax Credit | 0.00 | |
| Foreign Death Tax Credit (Statutory) | 0.00 | |
| Prior Transfer Credit | 0.00 | |
| Foreign Death Tax Credit (Treaty) | 0.00 | |
| Total Credits | | 0.00 |
| Estate Tax | | 20,527,919.81 |
| Generation Skipping Transfer Tax | | 0.00 |
| Total Federal Tax | | 20,527,919.81 |

DRAFT

## FEDERAL INTEREST OPTION SELECTED

Interest Table File: C:\Program Files\EST3\Federal.IT4
Interest Table Description: Federal (RProc 95-17)(9/04)
Special Interest Rate Used (old): 4.0000000 %
Special Interest Rate Used (new): 2.0000000 %
INTEREST FACTORS USED

| | Regular (100%) | Special (old) | Refund |
|---|---|---|---|
| Pd # 1 c | 8.0610314 % | 4.0808493 % | 7.5943670 % |
| Pd # 2 c | 8.6848076 % | 4.0857734 % | 8.6848076 % |
| Pd # 3 c | 8.9768808 % | 4.0759260 % | 8.9768808 % |
| Pd # 4 c | 4.0978012 % | 2.4176732 % | 4.0978012 % |
| Pd # 5 c | 2.4456673 % | 1.6239151 % | 2.4456673 % |
| Pd # 6 c | 5.5827363 % | 4.0808493 % | 5.5827363 % |

EXHIBIT B

| | | | |
|---|---|---|---|
| Pd # 7 c | 4.5336818 % | 4.0857734 % | 4.5336818 % |
| Pd # 8 c | 5.2680098 % | 4.0759260 % | 5.2680098 % |
| Pd # 9 c | 5.3002517 % | 3.1017442 % | 5.3002517 % |

| | Regular (45%) | Special (new) |
|---|---|---|
| Pd # 1 c | 3.5504490 % | 2.0200781 % |
| Pd # 2 c | 3.8190379 % | 2.0224913 % |
| Pd # 3 c | 3.9445112 % | 2.0176650 % |
| Pd # 4 c | 1.8237529 % | 1.2016503 % |
| Pd # 5 c | 1.0932902 % | 0.8087099 % |
| Pd # 6 c | 2.4748400 % | 2.0200781 % |
| Pd # 7 c | 2.0153686 % | 2.0224913 % |
| Pd # 8 c | 2.3372590 % | 2.0176650 % |
| Pd # 9 c | 2.3513911 % | 1.5390715 % |

Sec. 6166 Installment Option Elected

| | | |
|---|---|---|
| Closely Held Business Amount | | 52,285,200.00 |
| Fed. Gross Estate | 59,466,175.17 | |
| JK&L before Int. | <8,385,674.29> | |
| Adjusted Gross Estate (6166) | | 51,080,500.88 |
| Qualifying Percentage | | 100.0000000 % |

Number of Regular Tax Payments 10
Years Installment Tax Payments Delayed 4
Elect to Extend Maximum Amount on Protective Election
No Proration of first payment with or before return per Sec. 6601(j)(3).
IGNORE PERCENTAGE REQUIREMENT

| | |
|---|---|
| Total Qualified Tax | 20,527,919.81 |
| Tax Qualified for Special Rate | 153,000.00 |
| Other Qualified Tax | 20,374,919.81 |
| Tax Not Qualified | 0.00 |
| Qualified Tax which was Extended | 20,527,919.81 |

PART 1

| | Date | Tax Pmt. | Int. Pmt. | |
|---|---|---|---|---|
| Due Date | 7 26 1998 | 703,597.00 | 0.00 | Da P |
| Pd # 1 | 7 26 1999 | 0.00 | 325,443.00 | Ba |
| Pd # 2 | 7 26 2000 | 0.00 | 723,206.00 | Ba |
| Pd # 3 | 7 26 2001 | 0.00 | 840,361.74 | Ba |
| Pd # 4 | 3 1 2002 | 19,290,867.00 | 0.00 | Ea |
| Pd # 5 | 7 26 2002 | 0.00 | 0.00 | Ca |
| Pd # 6 | 7 26 2003 | 0.00 | 0.00 | Ca |
| Pd # 7 | 7 26 2004 | 0.00 | 0.00 | Ca |
| Pd # 8 | 7 26 2005 | 0.00 | 0.00 | Ca |
| Pd # 9 | 5 1 2006 | -------------- | -------------- | Ab |

Sec. 6166 Flags
First Flag, Principal Allocation:
A = Deficiency or Interim Payment with Normal Allocation
B = Installment Date with Only Interest Payment Due
C = Installment Date with Tax Payment and Interest Payment Due
D = Payment on or Before Date Return was Filed
E = All tax moved to Non-Qualified (Election Terminated)
Second Flag, Interest Allocation:
a = Balance moved to Non-Qualified (Installment Date or Termination)
b = Allocate to All Interest Equally (Deficiency Pmt, Extra Pmt)
c = Allocate to Non-Qualified then Qualified (Special Direction)

d = Allocate to Non-Qua. then, Reg. Qua. then 4% Qua. (Special Dir.)
e = Allocate to Amounts drawing Regular Rate First (Special Direction)
SA = Special Allocation: Non-Qua. Tax, then Interest, then Qual. Tax
All = All qualified tax draws interest at the same rate as the other qualified tax.
P = Period entry for Interest on Penalty Computation

PART 2

| | Starting Balance | Tax Paid | Interest Balance | Applied To Balance |
|---|---|---|---|---|
| Due Date | 20,527,919.81 | 703,597.00 | 0.00 | 703,597.00 |
| Pd # 1 | 19,824,322.81 | 0.00 | 1,266,512.21 | 0.00 |
| Pd # 2 | 19,824,322.81 | 0.00 | 2,367,968.13 | 0.00 |
| Pd # 3 | 19,824,322.81 | 0.00 | 3,512,283.43 | 0.00 |
| Pd # 4 | 19,824,322.81 | 19,290,867.00 | 4,466,000.57 | 19,290,867.00 |
| Pd # 5 | 533,455.81 | 0.00 | 4,588,270.64 | 0.00 |
| Pd # 6 | 533,455.81 | 0.00 | 4,874,203.12 | 0.00 |
| Pd # 7 | 533,455.81 | 0.00 | 5,119,369.17 | 0.00 |
| Pd # 8 | 533,455.81 | 0.00 | 5,417,160.54 | 0.00 |
| Pd # 9 | 533,455.81 | 0.00 | 5,732,558.18 | 0.00 |

PART 3

| | Interest Drawing Int. | Total Amount Drawing Int. | Interest Factor | Interest |
|---|---|---|---|---|
| Period # 1 | | | | |
| Qua. (4%) | 0.00 | 153,000.00 | 4.0808493 % | 6,243.70 |
| Oth. Qua | 0.00 | 19,671,322.81 | 8.0610314 % | 1,585,711.51 |
| Non-Qua. | 0.00 | 0.00 | 8.0610314 % | 0.00 |
| Period # 2 | | | | |
| Qua. (4%) | 0.00 | 153,000.00 | 4.0857734 % | 6,251.23 |
| Oth. Qua | 0.00 | 19,671,322.81 | 8.6848076 % | 1,708,416.54 |
| Non-Qua | 1,266,512.21 | 1,266,512.21 | 8.6848076 % | 109,994.15 |
| Period # 3 | | | | |
| Qua. (4%) | 0.00 | 153,000.00 | 4.0759260 % | 6,236.17 |
| Oth. Qua | 0.00 | 19,671,322.81 | 8.9768808 % | 1,765,871.20 |
| Non-Qua | 2,367,968.13 | 2,367,968.13 | 8.9768808 % | 212,569.68 |
| Period # 4 | | | | |
| Qua. (4%) | 0.00 | 153,000.00 | 2.4176732 % | 3,699.04 |
| Oth. Qua | 0.00 | 19,671,322.81 | 4.0978012 % | 806,091.70 |
| Non-Qua | 3,512,283.43 | 3,512,283.43 | 4.0978012 % | 143,926.39 |
| Period # 5 | | | | |
| Qua. (4%) | 0.00 | 0.00 | 1.6239151 % | 0.00 |
| Oth. Qua | 0.00 | 0.00 | 2.4456673 % | 0.00 |
| Non-Qua | 4,466,000.57 | 4,999,456.38 | 2.4456673 % | 122,270.07 |
| Period # 6 | | | | |
| Qua. (4%) | 0.00 | 0.00 | 4.0808493 % | 0.00 |
| Oth. Qua | 0.00 | 0.00 | 5.5827363 % | 0.00 |
| Non-Qua | 4,588,270.64 | 5,121,726.45 | 5.5827363 % | 285,932.48 |
| Period # 7 | | | | |
| Qua. (4%) | 0.00 | 0.00 | 4.0857734 % | 0.00 |
| Oth. Qua | 0.00 | 0.00 | 4.5336818 % | 0.00 |
| Non-Qua | 4,874,203.12 | 5,407,658.93 | 4.5336818 % | 245,166.05 |
| Period # 8 | | | | |
| Qua. (4%) | 0.00 | 0.00 | 4.0759260 % | 0.00 |
| Oth. Qua | 0.00 | 0.00 | 5.2680098 % | 0.00 |
| Non-Qua | 5,119,369.17 | 5,652,824.98 | 5.2680098 % | 297,791.37 |
| Period # 9 | | | | |
| Qua. (4%) | 0.00 | 0.00 | 3.1017442 % | 0.00 |
| Oth. Qua | 0.00 | 0.00 | 5.3002517 % | 0.00 |

| | | | | |
|---|---|---|---|---|
| Non-Qua | 5,417,160.54 | 5,950,616.35 | 5.3002517 % | 315,397.64 |
| Total Accrued Interest | | | | 7,621,568.92 |
| | | | | |
| Total Interest Deduction | | | | 7,621,568.92 |

## STATE TAX COMPUTATION SECTION - Georgia

State Tax Computation based upon SDTC, All

| | |
|---|---|
| Computed State Tax | 7,066,220.17 |

LAST LINE OF PRINTOUT