Estate of Rankin M. Smith, SR. **FOR INTERNAL USE ONLY**

| | | | | | |
|---|---|---|---|---|---|
| Revised tax liability | | 20,527,919.81 | Deficiency interest as of 5/01/06 | | 7,621,568.92 |
| less: payments | | | less: payments | | |
| | 7/29/98 | (703,597.00) | | 8/02/1999 | (325,443.00) |
| | 3/01/2002 | (19,290,867.00) | | 8/01/2000 | (723,206.00) |
| | | | | 7/26/2001 | (840,361.74) |
| | | ------------------------- | | | ------------------------- |
| Unpaid tax as of 5/01/06 | | 533,455.81 | Unpaid interest as of 5/01/06 | | 5,732,558.18 |
| | | ============== | | | ============= |

State Tax Credit:

| | |
|---|---|
| SDTC per return | 3,096,940.00 |
| decrease | (58,802.00) |
| | ------------------------- |
| Georgia State letter dated 2/12/99 | 3,038,138.00 |
| | |
| State certificate payment | 4,392,387.00 |
| less interest payment | (1,337,162.00) |
| | |
| less refund | (129,177.00) |
| | ------------------------- |
| Total SDTC paid | 5,964,186.00 |
| | ============== |

DRAFT

EXHIBIT
C