IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ESTATE OF RANKIN M. SMITH, SR., SUNTRUST BANK, TAYLOR W. SMITH, and RANKIN M. SMITH, JR., Co-Executors, | ) | Case No. 05-1028 T |
| Plaintiff, | ) | Judge Marian Blank Horn |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF LARRY CHILDERS**

I, Larry Childers, declare:

1. I am currently employed as a Tax Conferee by the Georgia Department of Revenue, Estate Tax Section, and I was previously a Tax Examiner in that same section. In my capacity as an employee of the Georgia Department of Revenue, I have been responsible for administering the estate tax on behalf of the Georgia Department of Revenue with respect to the Estate of Rankin M. Smith, Sr.

2. A true and accurate copy of a letter I prepared and sent to Alex L. Bertoldo on July 24, 2006 is attached. I prepared this letter after I reviewed the Georgia Department of Revenue records, kept in the ordinary course of business, regarding the Estate of Rankin M. Smith, Sr., acting in my official capacity, and this letter accurately reflects the information contained in those records.

3. A true and accurate copy of each of the following documents kept in the ordinary course of business by the Georgia Department of Revenue is also attached:

EXHIBIT D

a. A State of Georgia Estate Tax Certificate of Payment dated July 28, 1998, which certificate states "Original Copy to Internal Revenue Service."

b. A letter dated February 9, 1999, addressed to SunTrust Bank, that I caused to be mailed to the address shown on or about that date, which letter states "cc: Internal Revenue Service."

c. A letter dated February 12, 1999, addressed to SunTrust Bank, that I caused to be mailed to the address shown on or about that date, which letter states "cc: Internal Revenue Service."

d. A State of Georgia Estate Tax Certificate of Payment dated March 29, 2002, which certificate states "Original Copy to Internal Revenue Service."

e. A letter dated April 23, 2002, addressed to SunTrust Bank, that I caused to be mailed to the address shown on or about that date, which letter states "cc: Internal Revenue Service."

It is my standard practice to send a copy of a letter to the Internal Revenue Service, on or about the date that the letter is sent, when the letter includes the statement "cc: Internal Revenue Service." It is also my standard practice to send an original of the State of Georgia Estate Tax Certificate of Payment to the Internal Revenue Service, on or about the date of the certificate, when the certificate includes a statement "Original Copy to Internal Revenue Service."

Pursuant to section 1746 of Title 28 of the United States Code, I, Larry Childers, declare

under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Atlanta, GA on July 26, 2006

Larry Childers, Tax Conferee
Georgia Department of Revenue
Estate Tax Section
P.O. Box 49432
Atlanta, GA 30359
Telephone No. (404) 417-2402

State of Georgia
**Department of Revenue**
Administrative Division – Tax Law & Policy Section
Suite 15311
1800 Century Blvd.
Atlanta, Georgia 30345-3205
(404) 417-6649

Bart L. Graham
Commissioner

Lora Butler
Director

July 24, 2006

Alex L. Bertoldo, Esq.
Dow Lohnes, PLLC
1200 New Hampshire Ave., NW
Washington, DC 20036

RE: Estate of Rankin M. Smith, Sr.
SS# 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
Date of death: 10-26-97

Dear Mr. Bertoldo:

Our records show the following Georgia estate tax payment history for the above referenced estate:

July 28, 1998 received $4,370,059.00 tax
February 28, 1999 refund <1,331,921.00> tax plus 94,110.00 interest
$3,038,138.00
March 4, 2002 received $3,055,225.00 tax plus 1,337,162.00 interest
$6,093,363.00
July 12, 2002 refund <129,177.00> tax plus 62,217.00 interest
Net GA estate tax paid $5,964,186.00

Sincerely,

Larry Childers, Tax Conferee
Georgia Department of Revenue
Estate Tax Section
P.O. Box 49432
Atlanta, GA 30359
(404) 417-2402

An Equal Opportunity Employer

**STATE OF GEORGIA**

**ESTATE TAX CERTIFICATE OF PAYMENT** NO. 33178

ESTATE OF Rankin M. Smith DATE OF DEATH 10-26-97

RESIDENCE AT TIME OF DEATH Georgia

This certificate is issued as evidence that State Death Tax Credit in the amount of $ 4,370,059.00 as indicated due by copy of original Federal Return, Form 706, or by supplemental information has been received by the State of Georgia.

(Payment includes interest of $__________.)

(Payment includes penalty of $__________.)

TOTAL CREDIT TO DATE $ 4,370,059.00

IN WITNESS WHEREOF I have hereto affixed my signature and the seal of the Department in said State and County on this the 28 Day of July, 19 98.

ORIGINAL COPY TO
INTERNAL REVENUE SERVICE

DEPARTMENT OF REVENUE
Income Tax Division

Director

IT - 69

SEE CORRECTED LETTER

# Department of Revenue

**Income Tax Division**
**270 Washington Street - Room 215**
**Atlanta, Georgia 30334**
**(404) 656-7043 Fax (404) 657-6857**

**T. Jerry Jackson**
**Commissioner**

**Robert M. Goolsby**
**Acting Director**

February 9, 1999

SunTrust Bank Atlanta
P O Box 4655 Dept 251
Atlanta GA 30302

ESTATE OF: Rankin M. Smith, Sr.
DATE OF DEATH: 10-26-97

Receipt is acknowledged of your recent claim for refund of State Death Taxes previously paid.

Your claim appears to be in order and has been approved. A refund check will be mailed within sixty (60) days of the date of this letter. This check will be in the amount of **$1,273,118.84** plus interest where applicable.

This office has previously certified to the Internal Revenue Service that the State of Georgia was in receipt of State Death Taxes in the amount of **$4,370,059.00.** This claim for refund reduces that amount. Therefore, we are advising the Internal Revenue Service, by means of a copy of this letter, that the Total Credit to Date is now **$3,096,940.16.**

Very Truly Yours,

Larry Childers, Tax Conferee
Georgia Department of Revenue
Estate Tax Section
P O Box 38467
Atlanta, GA 30334

cc: Internal Revenue Service

**DISREGARD OUR LETTER DATED FEBRUARY 9, 1999**

# Department of Revenue

**Income Tax Division**
**270 Washington Street - Room 215**
**Atlanta, Georgia 30334**
**(404) 656-7043 Fax (404) 657-6857**

**T. Jerry Jackson**
**Commissioner**

**Robert M. Goolsby**
**Acting Director**

February 12, 1999

SunTrust Bank Atlanta
P O Box 4655 Dept 251
Atlanta GA 30302

ESTATE OF: Rankin M. Smith, Sr.
DATE OF DEATH: 10-26-97

Receipt is acknowledged of your recent claim for refund of State Death Taxes previously paid.

Your claim appears to be in order and has been approved. A refund check will be mailed within sixty (60) days of the date of this letter. This check will be in the amount of **$1,331,921.10** plus interest where applicable.

This office has previously certified to the Internal Revenue Service that the State of Georgia was in receipt of State Death Taxes in the amount of **$4,370,059.00.** This claim for refund reduces that amount. Therefore, we are advising the Internal Revenue Service, by means of a copy of this letter, that the Total Credit to Date is now **$3,038,137.79.**

✓ Very Truly Yours,

see additional payment

Larry Childers, Tax Conferee
Georgia Department of Revenue
Estate Tax Section
P O Box 38467
Atlanta, GA 30334

cc: Internal Revenue Service

**Disregard our letter of February 9, 1999. Only one refund check is being issued, as shown above.**

**STATE OF GEORGIA**

**ESTATE TAX CERTIFICATE OF PAYMENT** NO. 38309

ESTATE OF Rankin M Smith Sr DATE OF DEATH 10-26-97

RESIDENCE AT TIME OF DEATH Georgia

This certificate is issued as evidence that State Death Tax Credit in the amount of $ 4,392,387.00 as indicated due by copy of original Federal Return, Form 706, or by supplemental information has been received by the State of Georgia.

(Payment includes interest of $ 1,337,162.00 .)
(Payment includes penalty of $ __________ .)

TOTAL CREDIT TO DATE $ 6,093,363.00

IN WITNESS WHEREOF I have hereto affixed my signature and the seal of the Department in said State and County on this the 29 Day of March , ~~19~~ 2002 .

See Seaford

ORIGINAL COPY TO
INTERNAL REVENUE SERVICE

DEPARTMENT OF REVENUE
Income Tax Division

Director __________

IT - 69

# Department of Revenue

Income Tax Division
1800 Century Center Blvd., N.E., Suite 7100
Atlanta, Georgia 30345-3205
(404) 417-2402 Fax (404) 417-2438

T. Jerry Jackson
Commissioner

Robert M. Goolsby
Director

April 23, 2002

SunTrust Bank, Atlanta
P.O. Box 4655, Dept. 251
Atlanta, GA 30302

ESTATE OF: Rankin M. Smith, Sr.
DATE OF DEATH: 10-26-97
SS# 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

Receipt is acknowledged of your recent claim for refund of State Death Taxes previously paid.

Your claim appears to be in order and has been approved. A refund check will be mailed within thirty (30) days of the date of this letter. This check will be in the amount of **$129,177.00** plus interest where applicable.

This office has previously certified to the Internal Revenue Service that the State of Georgia was in receipt of State Death Taxes in the amount of **$6,093,363.00**. This refund reduces that amount. Therefore, we are advising the Internal Revenue Service, by means of a copy of this letter, that the Total Credit to Date is now **$5,964,186.00.**

Very Truly Yours,

Larry Childers, Tax Conferee
Georgia Department of Revenue
Estate Tax Section
P.O. Box 49432
Atlanta, GA 30359
(404) 417-2402

cc: Internal Revenue Service