DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
401 West Peachtree Street NW
Mail Stop 634-D
Atlanta, GA 30308-3539

**SMALL BUSINESS/SELF-EMPLOYED DIVISION**

**Date: January 25, 2002**

**Estate of Rankin M. Smith, Sr. Deceased**
**Taylor W. Smith, Executor**
**c/o Sun Trust Bank, Atlanta**
**P.O. Box 4655, Dept 251**
**Atlanta, GA 30302**

**Social Security Number**
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V
**Date of Death:**
October 26, 1997
**Notice of Deficiency Dated:**
January 25, 2002
**Person to Contact:**
Analisa Brown 58/08056
**Contact Telephone Number:**
404 338-8651
**Last Day to File a Petition with the United States Tax Court:** April 25, 2002

We are re-issuing this Statutory Notice of Deficiency to correct problems noted in the Statutory Notice of Deficiency dated January 24, 2002. However, the tax deficiency amount remains correct as shown in the "Notice of Deficiency Waiver".

A description of the problems and the underlying corrections are noted as follows:
Procedural Error - Notice of Deficiency
The "Last Day to File a Petition with the United States Tax Court" was erroneously stated as May 24, 2002. This date has been changed to **April 25, 2002**, to properly reflect 90 days from the date of this Statutory Notice (dated January 25, 2002).

Secondly, Line 14 on the "Computation of Estate Tax Deficiency " attached to the Statutory Notice of Deficiency contained a typographical error, misstating the "additional credit for State death taxes". This figure was corrected to show $3, 969,280.00. As a result of this, Line 15, is automatically adjusted to $ 9, 675,120.00.

Sincerely,

Commissioner
By [signature]
for Bruce R. Thomas
Director , Compliance Area 8
Small Business / Self Employed

EXHIBIT
E

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
401 West Peachtree Street NW
Mail Stop 634-D
Atlanta, GA 30308-3539

**SMALL BUSINESS/SELF-EMPLOYED DIVISION**

**Date: January 25, 2002**

**Estate of Rankin M. Smith, Sr. Deceased**
**Taylor W. Smith, Executor**
**c/o Sun Trust Bank, Atlanta**
**P.O. Box 4655, Dept 251**
**Atlanta, GA 30302**

**Social Security Number**
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V
**Date of Death:**
October 26, 1997
**Notice of Deficiency Dated:**
January 25, 2002
**Person to Contact:**
Analisa Brown 58/08056
**Contact Telephone Number:**
404 338-8651
**Last Day to File a Petition with the United States Tax Court:** April 25, 2002

We are re-issuing this Statutory Notice of Deficiency to correct problems noted in the Statutory Notice of Deficiency dated January 24, 2002. However, the tax deficiency amount remains correct as shown in the "Notice of Deficiency Waiver".

A description of the problems and the underlying corrections are noted as follows:
Procedural Error - Notice of Deficiency
The "Last Day to File a Petition with the United States Tax Court" was erroneously stated as May 24, 2002. This date has been changed to **April 25, 2002**, to properly reflect 90 days from the date of this Statutory Notice (dated January 25, 2002).

Secondly, Line 14 on the "Computation of Estate Tax Deficiency " attached to the Statutory Notice of Deficiency contained a typographical error, misstating the "additional credit for State death taxes". This figure was corrected to show $3, 969,280.00. As a result of this, Line 15, is automatically adjusted to $ 9, 675,120.00.

Sincerely,

Commissioner
By for Betty [signature]
Bruce R. Thomas
Director , Compliance Area 8
Small Business / Self Employed

*Department of the Treasury* *Internal Revenue Service*

Date of This Letter: JAN 25 2002

Estate of Rankin M. Smith, Sr. Deceased
Taylor W. Smith, Executor
c/o Sun Trust Bank, Atlanta
P.O Box 4655, Dept 251
Atlanta, Georgia 30302

Taxpayer Identification Number:
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V
Date of Death:
October 26, 1997
Person to Contact:
Analisa Brown
Telephone Number:
(404)-338-8361 58/08056
Last Day to File a Petition With the United States Tax Court: APR 25 2002

CERTIFIED MAIL

Dear Executor:

**NOTICE OF DEFICIENCY**

We have determined that the Estate of Rankin M. Smith, Sr., Deceased, owes $13,644,400 in additional estate taxes plus interest from the due date of the estate tax return. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows the reasons for the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

United States Tax Court
400 Second Street, NW
Washington, DC 20217

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the same address above. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 day period and the envelope containing the petition is properly addressed with the correct postage.

The 90 day period you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS won't change the period for filing a petition with the Tax Court.

If you decide not to file a petition with the Tax Court, please sign and return the enclosed waiver form. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter.

401 West Peachtree Street NW * Atlanta, GA * 30308

Estate of, Rankin M. Smith, Sr., Deceased
SSN: 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V

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, Helpful Contacts for Your "Notice of Deficiency," for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,

Charles O. Rossotti
Commissioner
By

Floyd Braswell
Reviewer

Enclosures:
Explanation of tax changes
Waiver
Notice 1214

Form 4089
(Rev. January 1983)

Department of the Treasury - Internal Revenue Service

**Notice of Deficiency Waiver**

**Name, SSN, and Address of Taxpayer**

**Estate of, Rankin M. Smith, Sr., Deceased**
**Taylor W. Smith, Executor**
**c/o Sun Trust Bank, Atlanta**
**P.O. Box 4655, Dept 251**
**Atlanta, Georgia 30302**

**SSN: 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V**
**D/D: October 26, 1997**

JAN 25 2002

**Kind of Tax** Estate

**Copy to Authorized Representative**

**Deficiency**

We have determined that the Estate of, Rankin M. Smith Sr., deceased owes $13,644,400 in additional estate taxes plus interest from the due date of the estate tax return.

The deficiency of federal estate tax will be assessed either when the taxpayer's written agreement to the deficiency (Form 4089) is received or upon the expiration of 90 days from the date of this notice if a petition is not filed with the United States Tax Court. If evidence of payment of additional state death tax is filed with this office within 90 days of the date on this letter, the deficiency assessed will be limited to the reduced amount set forth in the attached computation.

The basis of the deficiency is explained in the Statement

**See the attached explanation for the above deficiency**

**I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.**

**Authorized Signature** **Date**

**Note:** If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:**

A person acting in a fiduciary capacity (executor, administrator, trustee), must file Form 56, Notice Concerning Fiduciary Relationship, with this waiver if not previously filed.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this waiver if not previously filed.

**If you decide to waive the 90-day period before assessment, please sign this waiver (Form 4089) and return it. Keep a copy for your records.**

# COMPUTATION OF ESTATE TAX DEFICIENCY

**Estate of Rankin M. Smith, Sr., Deceased**
SSN: 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V
Date of Death: October 26, 1997

| | |
|---|---|
| **Taxable Estate Plus Adjusted Taxable Gifts as Shown in Return as Filed :** | **$ 23,516,235** |
| **Adjustments :** | |
| (a) Schedule B - Stocks & Bonds | 23,315,000 |
| (b) Schedule K - Debts of Decedents | 1,493,000 |
| **Taxable Estate/Adjusted Taxable Gifts as Revised** | **$ 48,324,235** |

*************************************

| | | |
|---|---|---|
| 1. | Tentative Tax | $ 26,771,129 |
| 2. | Aggregate Gift Taxes Payable After 12/31/76 | 86,224 |
| 3. | Line 1 - Line 2 = | 26,684,905 |
| 4. | Unified Credit Against Estate Tax | 192,800 |
| 5. | Adjustment to United Credit | -0- |
| 6. | Allowable Unified Credit (Line 4 - Line 5 =) | 192,800 |
| 7. | Line 3 - Line 6 = | 26,492,105 |
| 8. | Credit For State Death Taxes Substantiated | 3,096,940 |
| 9. | Line 7 - Line 8 = | 23,395,165 |
| 10. | Other Credits | -0- |
| 11. | Net Estate Tax | $ 23,395,165 |
| 12. | Transfer Tax Self Assessed On Return as Filed | 9,750,765 |
| **13.** | **Transfer Tax Deficiency (Tax Increase)** | **$ 13,644,400** |
| 14. | Less: Additional Credit for State Death Taxes Allowable, If Substantiated: | 3,969,280 |
| 15. | Potentially Reduced Transfer Tax Deficiency | $ 9,675,120 |

**Estate of Rankin M. Smith, Sr., Deceased**
**Fulton County, GA**

**Statutory Notice Statement**
**Explanation of Adjustments**

(a) It is determined that on the date of the decedent's death the fair market value of the 12,424 shares of Class A common stock identified at Item 11 of Schedule B of the Federal Estate Tax Return was $48,685,000, rather than $25,370,000 as reported.

*Accordingly, the reported sum of the taxable estate plus adjusted taxable gifts is increased by $23,315,000.*

(b) It is determined that on the date of the decedent's death his personal liability as a general partner of Falcons Nest, I. Limited was $2,578,312, rather than $4,071,312 as reported at Item 28 of Schedule K of the Federal Estate Tax Return.

*Accordingly, the reported sum of the taxable estate plus adjusted taxable gifts is increased by $1,493,000.*

(c) The credit for state death taxes is limited to the amount paid. Additional credit will be allowed when payment is documented.