IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ESTATE OF RANKIN M. SMITH, SR., SUNTRUST BANK, TAYLOR W. SMITH, and RANKIN M. SMITH, JR., Co-Executors, | ) | Case No. 05-1028 T |
| Plaintiff, | ) | Judge Marian Blank Horn |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF DAVID M. LANGFORD**

I, David M. Langford, declare:

1. I am employed as Vice President, Trust & Investment Services, at SunTrust Bank, Atlanta, which is a co-executor of the Estate of Rankin M. Smith, Sr. In this capacity, I have been responsible for administering the SunTrust Bank account for the Estate of Rankin M. Smith, Sr.

2. Attached is a true and accurate copy of a letter addressed to the Internal Revenue Service, dated March 1, 2002, that I prepared in my official capacity on behalf of SunTrust Bank. On that same date, I hand delivered this letter to the address shown, along with a check for $19,290,867.00 made payable to the Internal Revenue Service.

3. In July 2002, SunTrust Bank received a refund check issued from the Internal Revenue Service to the Estate of Rankin M. Smith, Sr. in the approximate amount of $9,500,000.00. This check was subsequently marked as void and returned to the Internal



EXHIBIT F

Revenue Service.

Pursuant to section 1746 of Title 28 of the United States Code, I, David M. Langford, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Atlanta, GA on July 28, 2006

David M. Langford

David M. Langford
Vice President
Trust & Investment Services, SunTrust Bank Atlanta
P.O. Box 4655
Atlanta, GA 30302
Telephone No. (404) 588-7444

SunTrust Bank, Atlanta
Post Office Box 4655
Atlanta, GA 30302-4655
Tel (404) 588-7444
Fax (404) 230-1321

David M. Langford
Vice President

SUNTRUST

**TO BE DELIVERED BY HAND**

March 1, 2002

Internal Revenue Service
The Peachtree-Summit Building
401 W. Peachtree St.
Atlanta, GA 30365

Dear Madam or Sir:

RE: ESTATE OF RANKIN M. SMITH, SR.
SSN: 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
DATE OF DEATH: 10/26/1997

By Notice of Deficiency dated January 25, 2002, the estate of Mr. Rankin M. Smith, Sr., was assessed a deficiency of estate tax in the amount of $26,492,105.00 (including the state death credit of $7,066,220.00). The Notice of Deficiency is enclosed herewith.

However, as a result of the effect of certain deductions which were not reflected in the IRS deficiency calculation, the amount of federal estate tax and interest due should be reduced to the amount of $19,290,867.00. Our check in this amount is enclosed.

Please acknowledge receipt of these documents by signing and returning the attached copy of this letter.

Sincerely,

COPY

David M. Langford
/encls.

INTERNAL REVENUE SERVICE
W&I – FIELD ASSISTANCE

MAR - 7 2002

RECEIVED W/REMITTANCE
ATLANTA, GA 30308



SUNTRUST
SunTrust Bank, Atlanta

02/28/02 8819526105

**$19,290,867.00

PAY Nineteen million two hundred ninety thousand eight hundred sixty seven and 00/100 Dollars

TO THE ORDER OF INTERNAL REVENUE SERVICE

066 070 093 7000-2

FROM PRINCIPAL OF THE ACCOUNT OF CO EX U/W RANKIN M. SMITH, SR.

11-01-112-1124457

BALANCE OF FEDERAL ESTATE TAX DUE
PER IRS NOTICE OF DEFICIENCY
FORM 706 - SS# 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
ALSO INCLUDES INTEREST

8819526105 064202750 7019019996 1929086700



SHIRLEY BRINSON
01 N00162
20020308 000000081672818 19290867.00
200209043579 SCAN22 S-C 04287

SUNTRUST ATLANTA
GEORGIA STATE OPERATIONS
CENTER CODE: 3221