FOR INTERNAL USE ONLY

DRAFT

Estate of: Rankin M. SMITH, SR., DD: 10 26 1997
File Name: A:\Rankin smith3.ET3
Memorandum: with IRS adjustments & interest deduction
Inter-Est Version 3.00, Release 113c, (Standard Output) (#1129)
Date and time of run: Monday, May 01, 2006, 02:06 PM

## LIMIT TO SDTC ELECTED

| | | | |
|---|---|---|---|
| Fixed Dollar Limit to SDTC | | 5,964,185.79 | |
| Total Limit to State Death Tax Deduction | | | 5,964,185.79 |
| Maximum Computed State Death Tax Credit | | 6,175,285.94 | |

## MARITAL DEDUCTION SECTION

| | | | |
|---|---|---|---|
| Specific Bequests to Spouse | | 3,584,124.80 | |
| Percentage of Residue to Spouse | 0.0000000 % | | |
| Spousal Bequest from Residue | | 0.00 | |
| Total Bequests to Spouse | | | 3,584,124.80 |

## MAIN PRINTOUT SECTION

| | | | |
|---|---|---|---|
| Gross Estate | | | 59,466,175.17 |
| Sch. JK&L (before interrelated) | 8,385,674.29 | | |
| Int, Federal | 5,568,338.93 | | |
| Debts & Expenses | | 13,954,013.22 | |
| Marital Deduction | | 3,584,124.80 | |
| Charitable Deduction | | 0.00 | |
| Total Deductions | | | 17,538,138.02 |
| Taxable Estate | | | 41,928,037.15 |
| Adjusted Taxable Gifts | | | 827,859.00 |
| Total Amount Drawing Tax | | | 42,755,896.15 |
| Tentative Tax | | | 23,708,542.88 |
| Aggregate Gift Tax Payable | | | 86,223.69 |
| Tax before Unified Credit | | | 23,622,319.19 |
| Unified Credit from Table | | 192,800.00 | |
| Adjustment to Unified Credit | | 0.00 | |
| Net Unified Credit | | | 192,800.00 |
| Tax before SDTC | | | 23,429,519.19 |
| State Death Tax Credit | | | 5,964,185.79 |
| Net Tax after State Death Tax Credit | | | 17,465,333.40 |
| Gift Tax Credit | | 0.00 | |
| Foreign Death Tax Credit (Statutory) | | 0.00 | |
| Prior Transfer Credit | | 0.00 | |
| Foreign Death Tax Credit (Treaty) | | 0.00 | |
| Total Credits | | | 0.00 |
| Estate Tax | | | 17,465,333.41 |
| Generation Skipping Transfer Tax | | | 0.00 |
| Total Federal Tax | | | 17,465,333.41 |

## FEDERAL INTEREST OPTION SELECTED

Interest Table File: C:\Program Files\EST3\Federal.IT4
Interest Table Description: Federal (RProc 95-17)(9/04)
Special Interest Rate Used (old): 4.0000000 %
Special Interest Rate Used (new): 2.0000000 %
INTEREST FACTORS USED

| | Regular (100%) | Special (old) | Refund |
|---|---|---|---|
| Pd # 1 c | 8.0610314 % | 4.0808493 % | 7.5943670 % |
| Pd # 2 c | 8.6848076 % | 4.0857734 % | 8.6848076 % |
| Pd # 3 c | 8.9768808 % | 4.0759260 % | 8.9768808 % |
| Pd # 4 c | 4.0978012 % | 2.4176732 % | 4.0978012 % |

EXHIBIT G

| | | | |
|---|---|---|---|
| Pd # 5 c | 2.4456673 % | 1.6239151 % | 2.4456673 % |
| Pd # 6 c | 5.5827363 % | 4.0808493 % | 5.5827363 % |
| Pd # 7 c | 4.5336818 % | 4.0857734 % | 4.5336818 % |
| Pd # 8 c | 5.2680098 % | 4.0759260 % | 5.2680098 % |
| Pd # 9 c | 5.3002517 % | 3.1017442 % | 5.3002517 % |

| | Regular (45%) | Special (new) |
|---|---|---|
| Pd # 1 c | 3.5504490 % | 2.0200781 % |
| Pd # 2 c | 3.8190379 % | 2.0224913 % |
| Pd # 3 c | 3.9445112 % | 2.0176650 % |
| Pd # 4 c | 1.8237529 % | 1.2016503 % |
| Pd # 5 c | 1.0932902 % | 0.8087099 % |
| Pd # 6 c | 2.4748400 % | 2.0200781 % |
| Pd # 7 c | 2.0153686 % | 2.0224913 % |
| Pd # 8 c | 2.3372590 % | 2.0176650 % |
| Pd # 9 c | 2.3513911 % | 1.5390715 % |

Sec. 6166 Installment Option Elected

| | | |
|---|---|---|
| Closely Held Business Amount | | 52,285,200.00 |
| Fed. Gross Estate | 59,466,175.17 | |
| JK&L before Int. | <8,385,674.29> | |
| Fed. Int. Used | <4,543,171.98> | |
| Adjusted Gross Estate (6166) | | 46,537,328.91 |
| Qualifying Percentage | | 100.0000000 % |

Number of Regular Tax Payments 10
Years Installment Tax Payments Delayed 4
Elect to Extend Maximum Amount on Protective Election
No Proration of first payment with or before return per Sec. 6601(j)(3).
IGNORE PERCENTAGE REQUIREMENT

| | |
|---|---|
| Total Qualified Tax | 17,465,333.41 |
| Tax Qualified for Special Rate | 153,000.00 |
| Other Qualified Tax | 17,312,333.41 |
| Tax Not Qualified | 0.00 |
| Qualified Tax which was Extended | 17,465,333.41 |

PART 1

| | Date | Tax Pmt. | Int. Pmt. | |
|---|---|---|---|---|
| Due Date | 7 26 1998 | 703,597.00 | 0.00 | De P |
| Pd # 1 | 7 26 1999 | 0.00 | 325,443.00 | Be M |
| Pd # 2 | 7 26 2000 | 0.00 | 723,206.00 | Be M |
| Pd # 3 | 7 26 2001 | 0.00 | 840,361.74 | Be M |
| Pd # 4 | 3 1 2002 | 19,290,867.00 | 0.00 | Eb |
| Pd # 5 | 7 26 2002 | 0.00 | 0.00 | Ca |
| Pd # 6 | 7 26 2003 | 0.00 | 0.00 | Ca |
| Pd # 7 | 7 26 2004 | 0.00 | 0.00 | Ca |
| Pd # 8 | 7 26 2005 | 0.00 | 0.00 | Ca |
| Pd # 9 | 5 1 2006 | -------------- | -------------- | Ab |

Sec. 6166 Flags
First Flag, Principal Allocation:
A = Deficiency or Interim Payment with Normal Allocation
B = Installment Date with Only Interest Payment Due
C = Installment Date with Tax Payment and Interest Payment Due
D = Payment on or Before Date Return was Filed
E = All tax moved to Non-Qualified (Election Terminated)
Second Flag, Interest Allocation:

a = Balance moved to Non-Qualified (Installment Date or Termination)
b = Allocate to All Interest Equally (Deficiency Pmt, Extra Pmt)
c = Allocate to Non-Qualified then Qualified (Special Direction)
d = Allocate to Non-Qua. then, Reg. Qua. then 4% Qua. (Special Dir.)
e = Allocate to Amounts drawing Regular Rate First (Special Direction)
SA = Special Allocation: Non-Qua. Tax, then Interest, then Qual. Tax
All = All qualified tax draws interest at the same rate as the other qualified tax.
M = Period is marked for use by 6166 Ratio or a State Computation
P = Period entry for Interest on Penalty Computation

PART 2

| | Starting Balance | Tax Paid | Interest Balance | Applied To Balance |
|---|---|---|---|---|
| Due Date | 17,465,333.41 | 703,597.00 | 0.00 | 703,597.00 |
| Pd # 1 | 16,761,736.41 | 0.00 | 1,019,636.16 | 0.00 |
| Pd # 2 | 16,761,736.41 | 0.00 | 1,833,384.48 | 0.00 |
| Pd # 3 | 16,761,736.41 | 0.00 | 2,654,161.24 | 0.00 |
| Pd # 4 | 16,761,736.41 | 19,290,867.00 | 3,446,887.81 | 16,761,736.41 |
| Pd # 5 | 0.00 | 0.00 | 940,150.71 | 0.00 |
| Pd # 6 | 0.00 | 0.00 | 992,636.84 | 0.00 |
| Pd # 7 | 0.00 | 0.00 | 1,037,639.84 | 0.00 |
| Pd # 8 | 0.00 | 0.00 | 1,092,302.80 | 0.00 |
| Pd # 9 | 0.00 | 0.00 | 1,150,197.60 | 0.00 |

PART 3

| | Interest Drawing Int. | Total Amount Drawing Int. | Interest Factor | Interest |
|---|---|---|---|---|
| Period # 1 | | | | |
| Qua. (4%) | 0.00 | 153,000.00 | 4.0808493 % | 6,243.70 |
| Oth. Qua | 0.00 | 16,608,736.41 | 8.0610314 % | 1,338,835.46 |
| Non-Qua. | 0.00 | 0.00 | 8.0610314 % | 0.00 |
| Period # 2 | | | | |
| Qua. (4%) | 6,243.70 | 159,243.70 | 4.0857734 % | 6,506.34 |
| Oth. Qua | 1,013,392.46 | 17,622,128.87 | 8.6848076 % | 1,530,447.99 |
| Non-Qua. | 0.00 | 0.00 | 8.6848076 % | 0.00 |
| Period # 3 | | | | |
| Qua. (4%) | 12,750.04 | 165,750.04 | 4.0759260 % | 6,755.85 |
| Oth. Qua | 1,820,634.44 | 18,429,370.85 | 8.9768808 % | 1,654,382.65 |
| Non-Qua. | 0.00 | 0.00 | 8.9768808 % | 0.00 |
| Period # 4 | | | | |
| Qua. (4%) | 19,505.88 | 172,505.88 | 2.4176732 % | 4,170.63 |
| Oth. Qua | 2,634,655.36 | 19,243,391.77 | 4.0978012 % | 788,555.94 |
| Non-Qua. | 0.00 | 0.00 | 4.0978012 % | 0.00 |
| Period # 5 | | | | |
| Qua. (4%) | 6,304.03 | 6,304.03 | 1.6239151 % | 102.37 |
| Oth. Qua | 911,453.19 | 911,453.19 | 2.4456673 % | 22,291.11 |
| Non-Qua. | 0.00 | 0.00 | 2.4456673 % | 0.00 |
| Period # 6 | | | | |
| Qua. (4%) | 0.00 | 0.00 | 4.0808493 % | 0.00 |
| Oth. Qua | 0.00 | 0.00 | 5.5827363 % | 0.00 |
| Non-Qua. | 940,150.71 | 940,150.71 | 5.5827363 % | 52,486.13 |
| Period # 7 | | | | |
| Qua. (4%) | 0.00 | 0.00 | 4.0857734 % | 0.00 |
| Oth. Qua | 0.00 | 0.00 | 4.5336818 % | 0.00 |
| Non-Qua. | 992,636.84 | 992,636.84 | 4.5336818 % | 45,003.00 |
| Period # 8 | | | | |
| Qua. (4%) | 0.00 | 0.00 | 4.0759260 % | 0.00 |
| Oth. Qua | 0.00 | 0.00 | 5.2680098 % | 0.00 |

| | | | | |
|---|---|---|---|---|
| Non-Qua | 1,037,639.84 | 1,037,639.84 | 5.2680098 % | 54,662.97 |
| Period # 9 | | | | |
| Qua. (4%) | 0.00 | 0.00 | 3.1017442 % | 0.00 |
| Oth. Qua | 0.00 | 0.00 | 5.3002517 % | 0.00 |
| Non-Qua | 1,092,302.80 | 1,092,302.80 | 5.3002517 % | 57,894.80 |
| Total Accrued Interest | | | | 5,568,338.93 |
| Total Interest Deduction | | | | 5,568,338.93 |

## STATE TAX COMPUTATION SECTION - Georgia

State Tax Computation based upon SDTC, All

Computed State Tax 6,175,285.95

LAST LINE OF PRINTOUT

0.00 *

0.00 *

0.00 *

0.00 *

Tax int

17,465,333.41 +
5,568,338.93 +
23,033,672.34 ◊

pmt

703,597.00 -
325,443.00 -
723,206.00 -
840,361.74 -
19,290,867.00 -
1,150,197.60 *

due as of 5-01-06