**Mather, Judith**

**From:** Jennifer.D.Spriggs@usdoj.gov
**Sent:** Thursday, June 29, 2006 2:44 PM
**To:** Mather, Judith
**Subject:** Smith

Judith,

I spoke with Marc Sigalow about the 90-day period referenced in the Notice of Deficiency. He said that the 90-day period relates to the time allowed for filing a petition in Tax Court and related adjustments that could be made during that time period if substantiation was provided. Mr. Sigalow did not mean to imply that the 90-day period would impact the provisions set forth in I.R.C. 2011 for claiming the state death tax credit.

Jennifer Spriggs



EXHIBIT
J