IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.05-1028 T

(Judge Marian Blank Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

# DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of July 27, 2006, the United States reports as follows on the status of efforts to identify an IRS procedure to consider the Estate's claims for additional credits for state death taxes and deductions for interest:

The IRS has identified an IRS Appeals office that will be able to consider the Estate's claims for additional credits for state death taxes and deductions for interest. By letter dated August 8, 2006, defendant provided plaintiff's counsel with the contact information for the IRS Appellate Officer assigned to this matter.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

August 8, 2006