IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1028 T

(Judge Marion Blank Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of two days from August 9, 2006, to and including August 11, 2006, within which to file its reply brief in the above-captioned case. This is the first enlargement of time requested for this purpose.

In support of this motion, defendant states that plaintiff's opposition to the motion to dismiss raises new issues which require more time to prepare a meaningful response than was initially anticipated by defendant's trial attorney. In addition, on August 8, 2006, defendant's trial attorney received from the Internal Revenue Service a Summary Record of Assessment. Defendant's trial attorney is in the process of obtaining a declaration from the Internal Revenue

Service in connection with the production of that document. The Summary Record of Assessment and the related Internal Revenue Service declaration will be submitted in connection with defendant's reply brief in this case. If this motion is granted, defendant anticipates that no further enlargements will be requested.

Defendant's trial attorney contacted plaintiff's counsel via e-mail about the enlargement of time but plaintiff has not yet responded. Therefore, plaintiff has neither agreed to nor objected to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/StevenI. Frahm
Of Counsel

August 9, 2006