# In The United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * | * | |
| **ESTATE OF RANKIN M. SMITH, SR., et al.,** | * | |
| **Plaintiffs,** | * | |
| | * | **No. 05-1028T** |
| **v.** | * | **Filed: August 10, 2006** |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |

**O R D E R**

The court has received the defendant's August 1 and August 8, 2006 status reports on the efforts to obtain an IRS review of the Estate's claims for additional credits for state death taxes and for interest deductions. In this regard, defendant's efforts to date are commended by the court. The defendant's next weekly status report is due on August 15, 2006. The court also is in receipt of the defendant's August 9, 2006 motion for an enlargement of time of two days, to and including August 11, 2006, within which to file its reply brief on the jurisdictional issue. Defendant's motion for an enlargement of time is **GRANTED**. However, defendant shall include in its reply brief the status of IRS review efforts, and shall file its combined reply brief and status report on or before **Tuesday, August 15, 2006**. In its August 15, 2006 filing, defendant shall discuss the implications of the IRS review for resolution of the jurisdictional issue. Defendant also shall include milestones and a proposed time line for the IRS review. Thereafter, defendant shall continue to submit detailed, weekly status reports on the IRS review, until further notice, with the next status report due on or before **Tuesday, August 22, 2006**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**