**Mather, Judith**

**From:** Jennifer.D.Spriggs@usdoj.gov
**Sent:** Wednesday, August 09, 2006 5:13 PM
**To:** Mather, Judith
**Subject:** smith

Judith,

I need to seek a two day enlargement of time to file the reply brief in this case. Please advise whether or not you have an objection to the request.

Jennifer Spriggs.

**Exhibit A**

**Mather, Judith**

**From:** Mather, Judith
**Sent:** Wednesday, August 09, 2006 5:33 PM
**To:** 'Jennifer.D.Spriggs@usdoj.gov'
**Subject:** RE: smith

Jennifer -

Your email does not provide any information regarding the reason for your requested enlargement of time. If you can provide that information, we can convey your request to our client for appropriate consideration. Because of the late hour of this request, we may not be able to reach our client and provide you with an answer today.

Thank you,
Judy Mather

-----Original Message-----
From: Jennifer.D.Spriggs@usdoj.gov [mailto:Jennifer.D.Spriggs@usdoj.gov]
Sent: Wednesday, August 09, 2006 5:13 PM
To: Mather, Judith
Subject: smith

Judith,

I need to seek a two day enlargement of time to file the reply brief in this case. Please advise whether or not you have an objection to the request.

Jennifer Spriggs.

**Exhibit B**