# In The United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * | |
| **ESTATE OF RANKIN M. SMITH, SR., et al.,** | |
| **Plaintiffs,** | **No. 05-1028T** |
| **v.** | **Filed: August 10, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * | |

**O R D E R**

The court received the plaintiff's August 10, 2006 opposition to the defendant's request for an enlargement of time after the court had issued an order granting the enlargement. In reviewing the situation, defendant should not wait until the last minute to request enlargements of time, should provide the plaintiff with a reasonable amount of information to permit plaintiff to determine its position on the motion, and should afford the plaintiff a reasonable amount of time to voice that position. See RCFC 6.1. The court expects the parties to consult with each other on this and other matters in a cooperative and professional manner. Having said that, after review of the plaintiff's reasons for opposing the enlargement request, the court would still have granted the enlargement.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**