IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1028 T

(Judge Marian Blank Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR LEAVE TO FILE A COPY OF
THE DECLARATIONS OF TONI A. McDONALD
AND DARLENE BROOMALL

Defendant, the United States, hereby respectfully moves for leave to file a copy of the Declaration of Toni A. McDonald and the Declaration of Darlene Broomall. The Declarations of Toni A. McDonald and Darlene Broomall are to be filed in connection with the Reply Brief for the United States in Support of its Motion to Dismiss ("reply brief").

In support of this motion, Toni A. McDonald and Darlene Broomal advised that they have forwarded the signed original declarations to defendant's trial attorney by express mail. However, the original declarations have not yet arrived. Therefore, defendant requests that it be allowed to file copies of the original declarations that were faxed to defendant's counsel, as

exhibits in support of its reply brief. Defendant will file a motion to substitute the original declarations of Ms. McDonald and Ms. Broomall once they are received.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

August 15, 2006