No. 05-1028 T
(Judge Marian Blank Horn)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

# REPLY BRIEF FOR THE UNITED STATES IN SUPPORT OF ITS MOTION TO DISMISS

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
MARY M. ABATE
STEVEN I. FRAHM
JENNIFER DOVER SPRIGGS
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840
(202) 514-9440 (facsimile)

# TABLE OF CONTENTS

**Page**

Reply brief for the United States in support of its motion to dismiss . . . . . . . . . . . . . . . . 1

1. This Court is required to determine that it has jurisdiction over the complaint before determining any substantives issues; under *Flora v. United States*, 362 U.S. 145 (1960), and subsequent precedent, this Court lacked jurisdiction over the complaint in this case when it was filed and jurisdiction may not be cured retroactively; thus the Court may not consider plaintiff's substantive claims . . . . . . . . . . 1

2. The assessment at issue in this case was timely; the Estate was thus required to pay the full amount of the assessment prior to filing suit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

3. Plaintiff's alternative contention, based on the "All Writs Act" (28 U.S.C. § 1652(a)), that the Court should issue a mandamus order directing the IRS to allow the claimed additional credit and deductions is specious and should be disregarded . . . . . . . . . . . . . . . . . . . . 9

4. Status Report pursuant to the Court's order of August 10, 2006 . . . . . . . . 15

Appendix C:

Declaration of Jennifer Dover Spriggs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Exhibit 2: Declaration of Toni A. McDonald . . . . . . . . . . . . . . . . . . . . . 22
Exhibit 3: Declaration of Micheline Maritz . . . . . . . . . . . . . . . . . . . . . . 25
Exhibit 4: Declaration of Darlene Broomall . . . . . . . . . . . . . . . . . . . . . 28



1867324.11

Page

## TABLE OF AUTHORITIES

**Cases:**

*Alder Terrace, Inc. v. United States*, 161 F.3d 1372 (Fed. Cir. 1998) . . . . . . . . . . 6

*Baker Perkins, Inc. v. Werner & Pfleiderer Corp.*, 710 F.2d 1561 (Fed. Cir. 1983) . . . . . . . . . . 9

*Benvenuti v. Dep't of Defense*, 587 F. Supp. 348 (D.D.C. 1984), *aff'd* 802 F.2d 469 (Fed.Cir. 1986) . . . . . . . . . . 9

*Brittingham v. United States Commissioner of Internal Revenue*, 451 F.2d 315 (5th Cir. 1971) . . . . . . . . . . 9

*Brisco v. LaHue*, 663 F.2d 713 (7th Cir. 1981), *aff'd* 460 U.S. 325 (1983) . . . . . . 6

*Canadian Tarpoly Co. v. U.S. Internat'l Trade Comm.*, 640 F.2d 1322 (C.C.P.A. 1981) . . . . . . . . . . 14

*Computervision Corp. v. United States*, 445 F.3d 1355 (Fed. Cir. 2006) . . . . . . 17

*DiNatale v. United States*, 12 Cl. Ct. 72 (1987) . . . . . . . . . . 4

*Estate of Young v. United States*, 62 Fed. Cl. 589 (2004) . . . . . . . . . . 8

*F.D.I.C. v. Meyer*, 510 U.S. 471 (1994) . . . . . . . . . . 2

*Finely v. United States District*, 490 U.S. 545 (1989) . . . . . . . . . . 2

*Flora v. United States*, 362 U.S. 145 (1960) . . . . . . . . . . 2-4

*Forestry Surveys v. United States*, 44 Fed. Cl. 485 (1999) . . . . . . . . . . 6

*Green v. United States District*, 618 F.2d 122, 220 Ct. Cl. 712 (1989) . . . . . . . . . 4

*Holland v. United States*, 57 Fed. Cl. 540 (2003) . . . . . . . . . . 6

Page

**Cases (Continued):**

*Holt v. Davidson*, 2006 WL 2106961 at 2 (D.D.C. July 31, 2006) . . . . . . . . . . . . 9

*Hospoder v. United States*, 209 F.2d 427 (3d Cir. 1953) . . . . . . . . . . . . . . . . . . . 13

*In re Grand Jury Subpoenas*, April, 1978, at Baltimore, 581 F.2d 1103 (4th Cir. 1978), *cert. denied sub nom. Fairchild Ind., Inc. v. Harvey*, 440 U.S. 971 (1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*In re GTE Serv. Corp.*, 762 F.2d 1024 (D.C. Cir. 1985) . . . . . . . . . . . . . . . . . . . 13

*In re Makari*, 708 F.2d 709 (Fed. Cir. 1983) . . . . . . . . . . . . . . . . . . . . . . . . 10,11

*In re Newman*, 763 F.2d 407 (Fed. Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*In re School Asbestos Litigation*, 921 F.2d 1310 (3d Cir. 1990), *rehear. & rehear. in banc denied* (Jan. 9, 1991), *cert. denied*, 499 U.S. 976 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*In re Tennant*, 359 F.3d 523 (D.C. Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Keene v. United States*, 508 U.S. 200 (1993) . . . . . . . . . . . . . . . . . . . . . . . . . . 2,5

*Kerr v. United States District Court*, 426 U.S. 394 (1976) . . . . . . . . . . . . . . . . . 13

*Lloyd's Syndicate 609 v. United States*, 780 F.Supp. 998 (S.D.N.Y. 1991) . . . . . . 9

*Manning v. United States*, 53 A.F.T.R.2d 84-1584 (S.D.N.Y. 1983), 1983 WL 206602 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*March v. Internal Revenue Service*, 335 F.2d 1186 (10th Cir. 2003), *cert. denied*, 541 U.S. 1031 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Margolis v. Banner*, 599 F.2d 435 (C.C.P.A. 1979) . . . . . . . . . . . . . . . . . . . . 10,11

*Martin v. Commissioner of Internal Revenue*, 753 F.2d 1358 (6th Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

**Page**

**Cases (Continued):**

*Martinez v. United States*, 48 Fed. Cl. 851 (2001), *aff'd in part*, 281 F.3d 1376 (Fed. Cir.), *reh'g denied* (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*McClellan v. Carland*, 217 U.S. 268 (1910) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*McNutt v. Gen. Motors Acceptance Corp.*, 298 U.S. 178 (1936) . . . . . . . . . . . . 2,6

*Owen Equip. & Erect. Co. v. Kroger*, 437 U.S. 365 (1978) . . . . . . . . . . . . . . . . . . 2

*Pa. Bureau of Corr. v. United States Marshal Serv.*, 474 U.S. 34 (1985) . . . . . . 10

*Reynolds v. Army & Air Force Exch. Serv.*, 846 F.2d 746 (Fed. Cir. 1998) . . . . . 6

*RHI Holdings, Inc. v. United States*, 142 F.3d 1459 (Fed. Cir. 1998) . . . . . . . . 1,6

*Roberts v. Commissioner*, 329 F.3d 1224 (11th Cir. 2003) . . . . . . . . . . . . . . . . . . . 7

*Roche v. Evaporated Milk Ass'n*, 319 U.S. 21 (1943) . . . . . . . . . . . . . . . . . . . . . 10

*Rocovich v. United States*, 933 F.2d 991 (Fed. Cir. 1991), *aff'g* 18 Cl. Ct. 418 (1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-5,7

*Rohmann v. United States*, 25 Cl. Ct. 274 (1992) . . . . . . . . . . . . . . . . . . . . . . . 3,4,7

*Shore v. United States District*, 9 F.3d 1524 (Fed. Cir. 1993) . . . . . . . . . . . . . . . . 3

*Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83 (1998) . . . . . . . . . . . 1

*Telecommunication Research & Action Ctr. v. FCC*, 750 F.2d 70 (D.D. Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Thomas v. United States*, 56 Fed. Cl. 112 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Tonasket v. United States*, 218 Ct. Ct. 709, F.2d 343 (1978) . . . . . . . . . . . . . . . . . 3

*Trauma Serv. Group v. United States*, 104 F.3d. 1321 (Fed. Cir. 1997) . . . . . . . . 6

**Page**

**Cases (Continued):**

*United States v. Dalm*, 494 U.S. 596 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*United States v. King*, 395 U.S. 1 (1969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*United States v. Mitchell*, 463 U.S. 206 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*United States v. N.Y. Tel*, 434 U.S. 159 (1977) . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*United States v. Perry*, 360 F.2d 519 (6th Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . 10

*United States v. Sherwood*, 312 U.S. 584 (1941) . . . . . . . . . . . . . . . . . . . . . . . . . 2

*United States v. Newport News Shipbuilding & Dry Dock Co.*, 933 F.2d 996 (Fed. Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**Statutes:**

Internal Revenue Code of 1986 (26 U.S.C.):

§ 2011 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,4
§ 2053 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,4
§ 6166 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
§ 6203 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
§ 7122 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
§ 7421 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
§ 7602 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

5 U.S.C.:, 901 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

28 U.S.C.:

§ 1346 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
§ 1491 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,10
§ 1651 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
§ 1652 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

**Page**

**Miscellaneous:**

Treasury Regulation (26 C.F.R.):, § 301.6203-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7