# EXHIBIT B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ESTATE OF RANKIN M. SMITH, SR., SUNTRUST BANK, TAYLOR W. SMITH, and RANKIN M. SMITH, JR., Co-Executors, | ) | No. 05-1028 T |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

ORDER

For good cause shown, plaintiff, Estate of Rankin M. Smith, Sr., is hereby granted leave to file its *Sur*-Reply to the Reply Brief for the United States in Support of Its Motion to Dismiss.

The Clerk of the Court shall file Exhibit A to Plaintiff's Motion for Leave to File a *Sur*-Reply, *Instanter*, and the docket shall reflect the filing of Plaintiff's *Sur*-Reply to the Reply Brief for the United States in Support of Its Motion to Dismiss.

IT IS SO ORDERED

____________________________________

MARIAN BLANK HORN
JUDGE