IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1028 T

(Judge Marian Blank Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR LEAVE TO
FILE SUBSTITUTE PAGES

Defendant, the United States, hereby respectfully moves for leave to file substitute pages for the Declarations of Toni A. McDonald and Darlene Broomall submitted in connection with the Reply Brief for the United States in Support of its Motion to Dismiss ("reply brief") filed on August 15, 2006.

At the time the United States filed its reply brief, it had received copies sent by facsimile of the Declarations of Toni A. McDonald and Darlene Broomall. Therefore, copies of those declarations are attached to the reply brief filed by the United States as Def. Exs. 2,4 (at pp. 22-24; 28-30). Defendant requests leave to substitute the original Declarations of Toni A. McDonald and Darlene Broomall which are attached hereto. The substitute declarations make

no changes to the original submission other than the addition of the original signatures of Toni A. McDonald and Darlene Broomall. It should be noted that Ms. Broomall originally executed a facsimile copy of her declaration making that document her original declaration.

WHEREFORE, defendant requests that its motion for leave to file substitute pages with respect to the reply brief filed on August 15, 2006, in the instant action be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

August 24, 2006