## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ESTATE OF RANKIN M. SMITH, SR., SUNTRUST BANK, TAYLOR W. SMITH and RANKIN M. SMITH, JR., Co-Executors, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-1028T |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

## DECLARATION OF TONI A. McDONALD

I, Toni A. McDonald, am employed as a Supervisory Paralegal Specialist by the Internal Revenue Service in the Specialty Programs for Estate and Gift in the Small Business/Self-Employed Operating Division located in the Cincinnati Service Center, and I state as follows:

1. In my official capacity, as a Supervisory Paralegal Specialist in the Specialty Programs for Estate and Gift, I have access to the Internal Revenue Service's records concerning the account of, and outstanding estate tax liabilities of, the Estate of Rankin M. Smith, Sr. (Estate). In this regard, I have examined the Internal Revenue Service's records for this account, including, the Certificate of Assessments, Payments, and Other Specified Matters (a copy of which is attached hereto as Exhibit 1), and other records in the administrative file with respect to the matters at issue in this case.



DEFENDANT'S EXHIBIT 2

2. On the Estate's United States Estate (and Generation-Skipping Transfer) Tax Return (Form 706) received by the Internal Revenue Service on February 1, 1999, the Estate made an election under I.R.C. § 6166 to defer payment of the entire estate tax liability. In this case, the Estate elected to make a total of fourteen annual installment payments beginning on July 26, 1999, and ending on July 26, 2012. The first four annual payments were to be for interest only and the remaining ten annual payments were to be in the amount of $975,076.54, plus interest.

3. On July 1, 2002, the Internal Revenue Service assessed restricted interest of $388,153.22. This amount represented a portion of the fourth year installment payment computed pursuant to the Estate's election to defer payment of the estate tax liability under I.R.C. § 6166.

4. On June 20, 2002, an assessment was made for additional estate tax due from the Estate in the amount of $13,644,400.00, pursuant to the default of the statutory notice of deficiency that was issued to the Estate on January 25, 2002.

5. As a result of the additional estate tax assessment of $13,644,400.00, that was assessed on June 20, 2002, the Certificate of Assessments and Payments for the Estate reflects

Case No. 05-1028T

an outstanding estate tax due of $4,276.648.61. This amount does not include any accrued or assessed interest.

I declare under penalties of perjury pursuant to 28 U.S.C. ' 1746 that the foregoing is true and correct.

EXECUTED in Cincinnati, Ohio, this 10th day of August 2006.

Toni A. McDonald

TONI A. McDonald
Supervisory Paralegal Specialist

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.05-1028 T

(Judge Marian Blank Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

DECLARATION OF DARLENE BROOMALL

I, Darlene Broomall, am employed as a Senior Disclosure Specialist for the Internal Revenue Service ("IRS") at the Covington Campus in Covington, Kentucky (the IRS now uses the term "Campus" to refer to what were previously called "Service Centers"). I have worked in the Disclosure Office at the IRS for 11 years, and I state as follows:

1. In my official capacity, as a Senior Disclosure Specialist, I have access to the IRS records regarding the summary records of assessments made on a given business day. Although my office is located in Kentucky, it is in charge of the accounting function for the Memphis Campus and the Covington Campus handles the accounting records from the Memphis Campus.

DEFENDANT'S EXHIBIT 4

2. The summary record of assessment that is currently used by the IRS in most cases is the Racs Report- 006. "Racs" stands for Revenue Accounting Control System. A summary record of assessment is signed by the assessing officer on the date of assessment. The Racs Report -006 is computer generated and is a compilation of the total amount of tax, penalties and interest assessed for a particular day, without reference to any specific taxpayer. During the normal course, a taxpayer may have assessments made by a variety of different IRS Campuses depending upon for example the audit, appeals and/or collection locations that may be involved with making an assessment on an account.

3. At the request of the IRS attorney assigned to this matter, I obtained the Summary Record of Assessment, Racs Report -006 for June 20, 2002, for the Memphis Campus.

4. I certify that attached hereto as Exhibit A is a true and correct copy of the Summary Record of Assessment, Racs Report- 006, made at the Memphis Campus for the assessment date of June 20, 2002. The attached Summary Record of Assessment, Racs Report -006, reflects the total amount of taxes, interest, and penalties, assessed on June 20, 2002, at the Memphis Campus of the IRS, without reference to any specific taxpayer. The Summary Record of Assessment, Racs Report -006, attached hereto, reflects total current assessments, deficiency assessments, and jeopardy assessments made at the Memphis Campus on June 20, 2002. In the attached Summary Record of Assessment, Racs Report-006, the "assessment type" is described as "quick." Listed under the category of "Deficiency Assessments" in the attached Summary Record of Assessments, Racs Report- 006, and set forth under the category of "Estate & Gift" is an assessment of $13,644,400, which was made on June 20, 2002. The Summary Record of Assessment, Racs Report - 006, attached hereto, was signed by the assessing officer on June 20, 2002, the date of the assessment.

5. Although the Summary Record of Assessment, Racs Report -006, does not, on its face, identify a particular taxpayer's assessment, the account transcript does provide this information. I have reviewed the account transcript for the Estate of Rankin M. Smith, which is attached to the Summary Record of Assessment, Racs Report -006, and it reflects a $13,644,400 assessment made on June 20, 2002. The attached Summary Record of Assessment, Racs Report -006, reflects this $13,644,400 assessment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Covington, Kentucky this 15 day of August 2006.

Darlene Broomall
DARLENE BROOMALL