IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.05-1028 T

(Judge Marian Blank Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of August 10, 2006, the United States reports as follows:

As reported last week, defendant was investigating whether, after a dismissal of this action to pursue administrative proceedings to consider estate tax abatements, it would be possible to extend the statute of limitations for plaintiffs to file a new Complaint. It is not known whether plaintiffs will need or want such an extension, but defendant's counsel now can report that the IRS has advised that it is willing to agree to an extension for a reasonable period. Defendant's counsel contacted plaintiffs' counsel and advised her that the procedure involves an application by the estate on IRS Form 907, which the IRS is willing to grant.

Through the efforts defendant's counsel promised at the July 6, 2006, status conference, a procedure has been identified and readied under which the IRS can administratively consider

plaintiff's claims for additional state death tax credits and interest deductions. Defendant regrets that the two earlier meetings that took place among the parties and IRS personnel, while attempting to identify such a procedure, were not more fruitful, but is gratified that its efforts ultimately were successful. As defendant has explained, the IRS has no authority or capacity to act on such claims while this suit is pending, and the Department of Justice has no authority or capacity to direct or supervise the IRS' administrative review. Thus, to implement and complete

the contemplated administrative proceedings, this case should now be dismissed, either by plaintiffs' voluntary action, or by order of the Court.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

August 29, 2006