IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.05-1028 T

(Judge Marian Blank Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

# DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of August 10, 2006, the United States reports as follows:

On August 30, 2006, the Court's representative, Mr. Carrington, held a telephone conference with the parties. The conference was a follow up to defendant's August 29th status report, in which it advised the Court that, in addition to having identified an administrative procedure under which the Estate could present its claims for credits and deductions, the IRS was willing to grant an application by the Estate for a reasonable enlargement of time to file suit, if the Estate felt such an enlargement were necessary. As the United States explained, so long as this case is pending, the IRS has no authority to either act on the Estate's claims that might reduce its tax liability, or grant an application for an enlargement of time to file suit. Plaintiff's counsel requested a telephone conference to discuss the enlargement with the IRS Appeals Officer who

has been identified to address the Estate's claims. Defendant's counsel agreed to arrange such a telephone conference. The conference took place on September 1, 2006. The United States has now provided all the assistance to the Estate it believes is possible with respect to future administrative proceedings before the IRS. The Estate should voluntarily dismiss its suit, or the Court should enter an order of dismissal for lack of jurisdiction.

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

September 5, 2006