IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.05-1028 T

(Judge Marian Blank Horn)

ESTATE OF RANKIN M. SMITH, SR.,
SUNTRUST BANK, TAYLOR W. SMITH, and
RANKIN M. SMITH, JR., Co-Executors,

Plaintiffs

v.

THE UNITED STATES,

Defendant

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order of August 10, 2006, the United States reports as follows:

On September 6, 2006, the Estate filed Plaintiff's Report to the Court in which it reported (Report at p. 5) that "[T]he Estate is prepared to agree to dismiss its complaint without prejudice." On September 8, 2006, the Estate forwarded a letter to the IRS Appeals Officer assigned to this matter enclosing a draft of an Agreement to Extend Time to Bring Suit (Form 907). On September 11, 2006, counsel for the Estate called the IRS Appeals Officer to discuss the enlargement of time to file suit. The IRS Appeals Officer contacted counsel for the United States and a conference call was held on September 11, 2006, with the IRS Appeals Officer, and counsel for both parties to discuss the proposed enlargement of time to file suit. During that conference, counsel for the United States once again advised counsel for the Estate that so long as this case is

pending, the IRS has no authority to grant an application for an enlargement of time to file suit. The United States has now provided all the assistance to the Estate it believes is possible with respect to future administrative proceedings before the IRS. As indicated in its report of September 6, 2006, the Estate should now voluntarily dismiss its suit.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

September 12, 2006