IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ESTATE OF RANKIN M. SMITH, SR., SUNTRUST BANK, TAYLOR W. SMITH, and RANKIN M. SMITH, JR., Co-Executors, | ) | Case No. 05-1028 T |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Its Complaint Without Prejudice, being fully advised in the premises, and good cause having been shown, it is this ___ day of September 2006

ORDERED that Plaintiff's Motion to Dismiss Its Complaint Without Prejudice be and the same hereby is GRANTED;

ORDERED that, upon refiling its complaint, plaintiff shall not be required to pay the Court's case filing fee, and the Clerk is hereby directed to waive the filing fee; and

ORDERED that, upon refiling its complaint, plaintiff's case shall be assigned to the undersigned Judge for further proceedings.

**IT IS SO ORDERED**

______________________________
MARIAN BLANK HORN
Judge