# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * *
**ESTATE OF RANKIN M. SMITH, SR., et al.,**
**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * *

**No. 05-1028T**
**Filed: September 13, 2006**

## O R D E R

The court received the plaintiffs' September 12, 2006 motion to dismiss the complaint in the above-captioned case, without prejudice, in order to pursue an IRS administrative review of the estate tax. Plaintiffs' motion is **GRANTED**. The complaint in this case is, hereby, **DISMISSED**, without prejudice, pursuant to RCFC 41(a)(2). After administrative review by the IRS, should plaintiffs file a new complaint, the clerk's office shall **WAIVE** the filing fee and **ASSIGN** the complaint to the undersigned judge. Any such filing by plaintiffs should cite and draw the attention of the clerk's office to this Order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**